Irving Estrada, Deputy City Attorney (SBN 314785)
Los Angeles City Attorney's Office
200 North Main Street, 6th Floor, City Hall East
Tel.: (213) 978-2247
Email: Irving.Estrada@lacity.org

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Gonzalo Gonzalez | CASE NUMBER: |
| --- | --- |
| v.  Plaintiff(s) | 2:23-cv-01022-ODW-MRW |
| City of Los Angeles, et al.  Defendant(s). | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓]  The parties stipulate that _____Richard T. Copeland_____ may serve as the Panel Mediator in the above-captioned case. _____Irving Estrada_____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____TBD_____ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

[ ]  The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: 5/22/223          */s/ Christian Contreras*
                         Attorney For Plaintiff   Gonzalo Gonzalez

Dated: _____             _____
                         Attorney For Plaintiff

Dated: 5/18/2023          /s/ Irving Estrada
                         Attorney For Defendant   City of Los Angeles, et al.

Dated: _____             _____
                         Attorney For Defendant

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)   STIPULATION REGARDING SELECTION OF PANEL MEDIATOR