**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**SCOTT MARCUS**, Chief Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**IRVING R. ESTRADA**, Deputy City Attorney (SBN 314785)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel:  (213) 978-2247   |   Fax:  (213) 978-8785
Email: irving.estrada@lacity.org

*Attorneys for Defendants,* CITY OF LOS ANGELES, SERGEANT SAUL LOPEZ and OFFICER ADRIAN RODRIGUEZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO GONZALEZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipality; SERGEANT LOPEZ, an individual; OFFICER ADRIAN JESUS RODRIGUEZ (#43774), an individual; and SERGEANT ROLAND WARD (#30923), an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:23-cv-01022-ODW-MRW <br> *Hon. Otis D. Wright II; 1ˢᵗ St CH – Ctrm. 5D* <br> *Hon. Mag. Michael R. Wilner; Roybal – Ctrm. 550* <br><br><br> **STIPULATION RE STIPULATION RE DISMISSAL OF ENTIRE ACTION** |

   **IT IS HEREBY STIPUTLATED AND AGREED** by and between the parties, through their respective counsel of record, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-entitled action be dismissed in its entirety, with prejudice.

/ / /

/ / /

1

The parties further stipulate that they waive all rights to appeal in this matter. All parties to bear their own costs and fees.

### *IT IS SO STIPULATED.*

Dated: April __22__, 2024

**THE LAW OFFICES OF CHRISTIAN CONTRERAS**

By: _____/s/_____

Christian Contreras, Esq.
*Attorney for Plaintiff*, GONZALO GONZALEZ

Dated: April __22__, 2024

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**SCOTT MARCUS**, Chief Assistant City Atty.
**CORY M. BRENTE**, Senior Assistant City Atty.

By: _____

**IRVING ESTRADA**, Deputy City Attorney
*Attorneys for Defendants,* CITY OF LOS ANGELES, SERGEANT SAUL LOPEZ and OFFICER ADRIAN RODRIGUEZ

### <u>ATTESTATION</u>

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that Christian Contreras, counsel for Plaintiff Gonzalo Gonzalez, concurs in the content of this filing and has authorized this filing.

Dated: April __22__, 2024

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**SCOTT MARCUS**, Chief Assistant City Atty.
**CORY M. BRENTE**, Senior Assistant City Atty.

By: _____

**IRVING ESTRADA**, Deputy City Attorney
*Attorneys for Defendants,* CITY OF LOS ANGELES, SERGEANT SAUL LOPEZ and OFFICER ADRIAN RODRIGUEZ